United States District Court
Western District of Kentucky
601 West Broadway
Louisville, Kentucky 40202-2249
502/625-3500

Jeffrey A Apperson
Clerk of Court

**FILED**

2004 DEC 27 A 10: 23

U.S. DISTRICT COURT
EASTERN DIST. TENN.
William W. Clark
BY_____DEPUTY CLERK
Chief Deputy Clerk

December 22, 2004

Clerk
U. S. District Court
Eastern District of Tennessee
900 Georgia Avenue
Chattanooga, TN 37402

    In Re:  USA vs. Gerald Wayne Phillips
           Our Case No.: 3:04MJ-341
           Your Criminal Case No.: 4:04-cr-29, Judge Edgar

Dear Clerk:

    Enclosed are certified copies of the paperwork on file in this office on the above-referenced defendant who was arrested in this district pursuant to your warrant.

    If you have any questions, please contact this office at 502-625-3530.

                          Sincerely,

                          JEFFREY A. APPERSON, CLERK

                          By:
                            Susan D. Bridges

/sdb
Enclosures
cc:    USA
        USP
        USM

# U.S. District Court
## Western District of Kentucky (Louisville)
### CRIMINAL DOCKET FOR CASE #: 3:04-mj-00341-DW-ALL
#### Internal Use Only

**FILED 2004 DEC 27 A 10: 23 U.S. DISTRICT COURT EASTERN DIST. TENN. BY_____ DEPT. CLERK**

**Case title:** USA v. Phillips
**Other court case number(s):** Eastern District of Tennessee, 4:04-cr-29
**Magistrate judge case number(s):** None
**Date Filed:** 12/21/04

---

**Assigned to:** Magistrate Judge Dave Whalin
**Referred to:**

**Defendant(s)**
------------------------

| | |
|---|---|
| **Gerald Wayne Phillips** (1) | represented by **Laura R. Wyrosdick**<br>Western Kentucky Federal Community Defender, Inc.<br>629 Fourth Avenue<br>200 Theatre Building<br>Louisville, KY 40202<br>502-584-0525<br>Fax : 502-584-2808<br>Email: laura_wyrosdick@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

**Pending Counts**
------------------------

None

**Disposition**
----------------

**Highest Offense Level (Opening)**
----------------------------------------

None

**Terminated Counts**
------------------------

**Disposition**
----------------

None

**Highest Offense Level (Terminated)**
------------------------------------

None

**Complaints**                                                **Disposition**
--------------                                                ---------------

None

**Plaintiff**
-------------

USA                                   represented by **David R. Weiser**
                                                     U.S. Attorney Office - Louisville
                                                     510 W. Broadway
                                                     10th Floor
                                                     Louisville, KY 40202
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

| Filing Date | # | Docket Text |
|---|---|---|
| 12/21/2004 | 1 | Indictment (and copy of warrant -- warrant not scanned) from Eastern District of Tennessee filed by USA as to Gerald Wayne Phillips. (SDB) (Entered: 12/22/2004) |
| 12/21/2004 | 2 | CJA 23 Financial Affidavit by Gerald Wayne Phillips. (SDB) (Entered: 12/22/2004) |
| 12/21/2004 | 3 | NOTICE OF ATTORNEY APPEARANCE: Laura R. Wyrosdick appearing for Gerald Wayne Phillips (SDB) (Entered: 12/22/2004) |
| 12/21/2004 | 4 | WAIVER of Rule 5 and 5.1 hearings by Gerald Phillips. (SDB) (Entered: 12/22/2004) |
| 12/21/2004 | 5 | WAIVER of right to a detention hrg in this district by Gerald Phillips. (SDB) (Entered: 12/22/2004) |

# United States District Court
## Western District of Kentucky
### at Louisville

FILED
2004 DEC 27 A 10: 23
U.S. DISTRICT COURT
WESTERN DIST. TENN
BY_____ DEPT. CLERK

UNITED STATES OF AMERICA     PLAINTIFF

VS.     CRIMINAL ACTION NUMBER: 3:04MJ-341

GERALD WAYNE PHILLIPS     DEFENDANT

## ORDER ON INITIAL APPEARANCE

The above-styled case came before the Honorable Dave Whalin, United States Magistrate Judge and was called in open Court on December 21, 2004 for an initial appearance on a warrant from the Eastern District of Tennessee. The Court questioned the defendant under oath regarding his ability to afford counsel and determined he was eligible for appointment of counsel. The Court will appoint the Office of the Federal Defender.

### APPEARANCES

| | |
|---|---|
| For the United States: | David Weiser, Assistant United States Attorney |
| For the defendant: | Defendant, - Present and in custody<br>Laura R. Wyrosdick - Asst. Federal Defender - Appointed - Present |
| Court Reporter: | Dena Legg |

At the initial appearance the defendant acknowledged his identity, was furnished with a copy of the indictment and advised of the charges therein and was advised of his rights.

The removal and detention hearings were waived.

**IT IS ORDERED** that the defendant be detained in the custody of the U.S. Marshal and be removed forthwith to the Eastern District of Tennessee.

This 21th day of December, 2004

ENTERED BY ORDER OF THE COURT:
DAVE WHALIN
UNITED STATES MAGISTRATE JUDGE
JEFFREY A. APPERSON, CLERK
BY: /s/: Andrea Kash
Andrea Kash - Deputy Clerk

Copies: U.S. Attorney
U.S. Probation
U.S. Marshal
Counsel for Defendant

CERTIFIED
U. S. DISTRICT COURT
LOUISVILLE, KY.
DATE: 12/22/04

[ 0|5 ]

Filed _____

FILED
2004 DEC 21 A 10: 23
U.S. DISTRICT COURT
EASTERN DIST. TENN.
BY_____ DEPT. CLERK

FILED
Jeffrey A. Apperson, Clerk
DEC 21 2004
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA          PLAINTIFF

VS.          NO. 3:04mj-341

Gerald Phillips          DEFENDANT

## WAIVER OF DETENTION HEARING

I acknowledge that the Magistrate Judge has informed me of my right to a detention hearing, pursuant to the provisions of Title 18, United States Code, Section 3142, and that I understand that right.

_____ I HEREBY WAIVE my right to a detention hearing.

__X__ I HEREBY WAIVE my right to a detention hearing in this district, and reserve the right to move for a detention hearing in the district where the charges originate.

_____ I HEREBY WAIVE my right to a detention hearing at this time, and reserve the right to move for a detention hearing at a later date.

X Gerald Wayne Phillips
DEFENDANT     Date 12/21/04

CERTIFIED
U. S. DISTRICT COURT
LOUISVILLE, KY
DATE: 12/22/04
BY: _____ Deputy Clerk

_____
COUNSEL FOR DEFENDANT or Deputy Clerk

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

| WESTERN | |
|---|---|
| DISTRICT OF | KENTUCKY AT LOUISVILLE |

FILED
DEC 21 2004
U.S. DISTRICT COURT
WESTN. DIST. KENTUCKY

2004 DEC 27 A 10: 23
U.S. DISTRICT COURT
EASTERN DIST. TENN.
BY_____ DEPT. CLERK

UNITED STATES OF AMERICA

V.

Gerald Phillips
_____
Defendant

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint/Indictment)

CASE NUMBER: 3:04mJ-341

CHARGING DISTRICTS
CASE NUMBER: 4:04cr29

I understand that charges are pending in the ___Eastern___ District of ___Tennessee___

alleging violation of _____ and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(✓) identity hearing

( ) preliminary hearing

( ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
Gerald W. Phillips
Defendant

12/21/04
_____
Date

_____
Defense Counsel

CERTIFIED
U. S. DISTRICT COURT
LOUISVILLE, KY.
DATE: 12/22/04
BY: _____

AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

WESTERN District of KENTUCKY

**FILED**
2004 DEC 21 A 10: 23
U.S. DISTRICT COURT
EASTERN DIST. TENN.
BY_____ DEPT. CLERK

## APPEARANCE

CASE NUMBER: 3○mj-341

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

*Gerald Wayne Phillips*

I certify that I am admitted to practice in this court.

12/21/04
Date

Signature
Office of the Federal Defender
Assigned Attorney, Laura Wyrosdick

Print Name | Bar Number
629 S. Fourth Avenue
200 Theatre Bldg
Address

Louisville, KY 40202
City | State | Zip Code

(502) 584-0525 | 584-2808
Phone Number | Fax Number

CERTIFIED
U. S. DISTRICT COURT
LOUISVILLE, KY
DATE: 12/23/04
BY: _____ Deputy Clerk

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA-23 (Rev. 5/98)

| IN UNITED STATES IN THE CASE OF | ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) |
|---|---|
| ___ VS. ___ | FOR W.D. Ky Louisville |

FILED 2004 DEC 27 A 10:23
U.S. DISTRICT COURT
EASTERN DIST. TENN.
BY ___ DEPT. CLERK

FILED DEC 21 2004
Jeffrey A. Apperson, Clerk
U.S. DISTRICT COURT
WEST'N DIST. KENTUCKY

PERSON REPRESENTED (Show your full name): Gerald Wayne Phillips

LOCATION NUMBER

DOCKET NUMBERS
Defendant - Adult: 4:04-34-1
District Court
Court of Appeals

1. ☒ Defendant - Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
- Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed
- Name and address of employer: None
- IF YES, how much do you earn per month? $ ___
- IF NO, give month and year of last employment. How much did you earn per month? $ ___
- If married is your Spouse employed? ☐ Yes ☐ No (Not Married)
- IF YES, how much does your Spouse earn per month? $ ___
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: None

**CASH**
- Have you any cash on hand or money in savings or checking account? ☐ Yes ☒ No / IF YES, state total amount $ ___

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT: None

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
- MARITAL STATUS: ☒ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: ___
- List persons you actually support and your relationship to them: None

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 12-21-04

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)

CERTIFIED U.S. DISTRICT COURT LOUISVILLE, KY. 12/23/04 Deputy Clerk