UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 4:04-cr-29 |
| vs. | ) | Mag. No. 04-415M |
| | ) | |
| GERALD WAYNE PHILLIPS | ) | EDGAR/LEE |

MEMORANDUM & ORDER
ARRAIGNMENT ON INDICTMENT

In accordance with Rule 10 of the Federal Rules of Criminal Procedure, an arraignment of the defendant, GERALD WAYNE PHILLIPS, on the indictment returned by the Grand Jury was held before the undersigned on February 8, 2005.

Those present for the hearing included:

(1) AUSA Perry Piper for the USA.
(2) The defendant, GERALD WAYNE PHILLIPS.
(3) Attorney John Eberly for defendant.
(4) Deputy Clerk Pam Scott.

After being sworn in due form of law the defendant was informed or reminded of his/her privilege against self-incrimination accorded under the 5th Amendment to the United States Constitution.

The person present was the defendant named in the indictment.

The defendant acknowledged having been provided with a copy of the indictment and acknowledged having the opportunity of reviewing the indictment with counsel.

The defendant waived a formal reading of the indictment in open court. The defendant entered not guilty pleas to each count of the indictment.

Presently, the case is assigned the dates set forth in a separate Modified Discovery and Scheduling Order.

ENTER.

s/William B. Mitchell Carter
UNITED STATES MAGISTRATE JUDGE